UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                  Criminal No. 11-cr-119-01-SM

Michelle Shuman

O R D E R

The assented to motion to reschedule jury trial (document no. 9) filed by defendant is granted; Final Pretrial is rescheduled to February 15, 2012 at 1:30pm; Trial is continued to the two-week period beginning February 22, 2012, 9:30am.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                             */s/ Steven J. McAuliffe*
                                             United States District Court
                                             Chief Judge Steven J. McAullife

Date: October 24, 2011

cc:  Jeffrey S. Levin, Esq.
     Helen W. Fitzgibbon, Esq.
     U.S. Marshal
     U.S. Probation